IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **GLENDA KAY BUCHANAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:05CV00018 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **LT./WATCH COMMANDER JEFF COMPTON, ET AL.,** | ) ) | By: James P. Jones<br>Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

The plaintiff has responded as directed by the court with a statement of the particulars of any alleged liability of defendants Stan Young, Jabe, and Johnson under Counts One and Three of the Complaint, and a statement of the particulars of any alleged violation of due process by each such defendant as to Count Two.

Considering such responses, I find that the plaintiff has failed to state a claim on which relief can be granted as to such defendants as to such counts, for the reasons set forth in the defendants' Supplemental Memorandum of Law in Support of Motion to Dismiss. Accordingly, it is **ORDERED** that the Motion to Dismiss is GRANTED and Counts One, Two and Three are dismissed as to defendants Stan Young, John Jabe, and Gene M. Johnson.

ENTER: October 3, 2005

/s/ JAMES P. JONES
Chief United States District Judge